# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY BRIAN O'QUINN,**

    **Plaintiff,**

**v.**     **CIVIL ACTION NO.  06-CV-0556-DRH**

**COMMISSIONER OF FAMILY COURT**
**DIVISION 14 ANNE MARIE CLARKE,**
**COMMISSION ON RETIREMENT,**
**REMOVAL AND DISCIPLINE JIM SMITH,**
**GOVERNOR OF MISSOURI MATT BLUNT,**
**CIRCUIT ATTORNEY JENNIFER JOYCE,**
**and ST LOUIS CITY CHIEF OF POLICE**
**JOE MOKWA**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Plaintiff's motion to proceed *in forma pauperis* and motion to appoint counsel.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to proceed *in forma pauperis* is **DENIED,** motion for appointment of counsel is **MOOT**, and this cause of action is **DISMISSED with prejudice**.-----------------------------------------------------------------------------------

    **NORBERT G. JAWORSKI, CLERK**

November 30, 2006                    BY:   /s/Patricia Brown
                                                                                             Deputy Clerk

APPROVED: /s/      David   RHerndon
               **U.S. DISTRICT JUDGE**